IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02935-AP

J. K. Crabb,

    Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO 80202
303-426-4878
calger@mcdivittlaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:  November 8, 2012**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: November 15, 2012**

    **C.**    **Date Answer and Administrative Record Were Filed: January 14, 2013**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  Plaintiff reserves the right to supplement the record in this case with any presently undisclosed evidence from the administrative record.  Defendant states that the only relevant evidence in this appeal is that which was before the agency at the time of the agency's decision. In the event Plaintiff believes the certified administrative record filed with this Court does not include all of the evidence that was before the agency at the time of the agency's decision, Defendant requests that Plaintiff submit the evidence to agency counsel to resolve the issue.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

## 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

## 8. BRIEFING SCHEDULE

The parties request the following briefing schedule within the standard time frame:

    **A.**    **Plaintiff's Opening Brief Due:  March 18, 2013**

    **B.**    **Defendant's Response Brief Due:  April 17, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:  May 2, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 5th day of February, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:
ATTORY FOR PLAINTIFF

UNITED STATES ATTORNEY

/s/ Christopher R. Alger
By: Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO 80202
303-426-4878
calger@mcdivittlaw.com

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1001 17th Street, 6th Floor
Denver, CO 80202
303-844-0815
stephanie.kiley@ssa.gov